■ RAYMOND HELMER et al., Respondents, v DAVID A. McKERROW, Appellant. (Appeal No. 2.) [617 NYS2d 418] —Judgment unanimously affirmed without costs. Same Memorandum as in *Helmer v McKerrow* (207 AD2d 967 [decided herewith]). (Appeal from Judgment of Supreme Court, Herkimer County, Tenney, J.—Permanent Injunction.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ CRUCIBLE MATERIALS CORPORATION, Appellant, v CONSIDAR, INC., Respondent. [617 NYS2d 671] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES G. KUKAVICA, Appellant. [617 NYS2d 689] —Judgment unanimously affirmed. Memorandum: Defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Moissett,* 76 NY2d 909; *People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019).

The challenges to defendant's sentence as harsh or excessive and to Supreme Court's refusal to grant defendant youthful offender status do not survive the waiver of his right to appeal *(see, People v Allen,* 82 NY2d 761; *People v Williams,* 204 AD2d 371). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Attempted Burglary, 2nd Degree.) Present —Balio, J. P., Lawton, Wesley, Doerr and Boehm, JJ.